UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KYLE T. WOOD, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| vs. | ) | Case No. 4:10CV1434 HEA |
| DENNIS M. DEDERT, | ) |  |
| Defendant. | ) |  |

## ORDER

Upon review of the record, the Court notes that on January 4, 2011, Defendant Dennis Dedert filed a Motion to Dismiss or In the Alternative, to Transfer Venue and Memorandum In Support Thereof [Doc #7]. Defendant asserts that the United States District Court of the Western District of Missouri, Central Division is the proper venue for this matter. Plaintiff Kyle Wood has failed to respond to the Motion.

**IT IS HEREBY ORDERED**, Plaintiff Kyle Wood shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed or transferred to United States District Court of the Western District of Missouri, Central Division.

Dated this 28th day of March , 2011.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE